# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ANNIE CARBAJAL, as an individual and as co-administrator of the Estate of Rose Mary Dominguez, and Esther Negrete, as the purported legal guardian of minor Shawna "Mary" Dominguez,<br><br>         Defendants. | 2:16-cv-00053-GMN-VCF<br>**ORDER** |

Before the court is Defendant Linda Robles' Motion to Appear Telephonically (ECF NO 19).

Defendant has given sufficient reason to grant the motion.

Accordingly,

IT IS HEREBY ORDERED that Defendant Linda Robles' Motion to Appear Telephonically (ECF NO 19) is GRANTED.

The call in telephone number is (888)273-3658, access code: 3912597.  The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 11th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE