# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | Case No.: 2:16-cv-00053-GMN-VCF |
| Plaintiff, | |
| vs. | **REFERRAL TO PRO BONO PROGRAM** |
| ANNIE CARBAJAL, *et al.*, | |
| Defendants. | |

This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Defendants Linda Robles, Annie Carbajal, and non-party Johnny Dominguez. The scope of appointment shall be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pilot Pro Bono Program for appointment of one counsel if possible for the three listed persons.

**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

DATED this 15th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE