# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ESTHER NEGRETE, *et al.*,<br><br>      Defendants. | 2:16-cv-00053-GMN-VCF<br><br>**<u>MINUTE ORDER</u>** |

  Before the Court is *Unum Life Insurance Company of America v. Esther Negrete, et al.*, case number 2:16-cv-00053-GMN-VCF.

  IT IS HEREBY ORDERED that a status hearing, regarding distribution of funds previously deposited with the Court, is scheduled for 10:00 a.m., November 21, 2016, in Courtroom 3D.

  DATED this 14th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE