UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LINDA ROBLES, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 2:16-cv-00053-GMN-VCF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH** |

Before the Court for consideration is the Report and Recommendation, (ECF No. 36), of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 21, 2016.

Pursuant to Local Rule IB 3-2(a), objections were due by December 8, 2016. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that the Court grant Defendants Linda Robles' and Annie Carbajal's Motion to Disburse Interplead Funds, (ECF No. 33). Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 36), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Disburse Interplead Funds, (ECF No. 33), is **GRANTED**.

**DATED** this  26  day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court