# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>LINDA ROBLES, *et al.*,<br><br>          Defendants. | 2:16-cv-00053-GMN-VCF<br>**ORDER** |

Before the Court is Johnny Dominguez's Motion for Interpleader Disbursement of Disputed Ownership Funds (ECF No. 39).

IT IS HEREBY ORDERED that a hearing on Johnny Dominguez's Motion for Interpleader Disbursement of Disputed Ownership Funds (ECF No. 39) is scheduled for 10:00 AM, June 9, 2017, in Courtroom 3D. Johnny Dominguez may appear in person or by telephone. If Mr. Dominguez is appearing by telephone, the call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 23rd day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE