**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA ROBLES, *et al.*,<br><br>    Defendants. | 2:16-cv-00053-GMN-VCF<br>**<u>REPORT AND RECOMMENDATION TO DISBURSE FUNDS</u>** |

  Before the Court is Johnny Dominguez's Motion for Interpleader Disbursement of Disputed Ownership Funds (ECF No. 39). A hearing was held on June 9, 2017. (ECF No. 41). The Court canvassed and heard representations from the parties.

  There being no opposition and good cause appearing, IT IS HEREBY RECOMMENDED that the remaining deposited funds, or $128,115.84 plus accumulated interest, be disbursed to Johnny Dominguez.

  IT IS FURTHER RECOMMENDED that the current disbursement be payable to Johnny Dominguez, by check in the amount of $128,115.84 plus accumulated interest. The check may be released to Johnny Dominguez.

  IT IS FURTHER RECOMMENDED that Johnny Dominguez's Motion for Interpleader Disbursement of Disputed Ownership Funds (ECF No. 39) be GRANTED.

  DATED this 12th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE