UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Plaintiff,

vs.

LINDA ROBLES, *et al.*,

        Defendants.

Case No.: 2:16-cv-00053-GMN-VCF

**ORDER**

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach, (ECF No. 42), which recommends that Interested Party Johnny Dominguez's Motion for Interpleader Disbursement of Disputed Ownership Funds, (ECF No. 39), be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 42), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Interested Party Johnny Dominguez's Motion for Interpleader Disbursement of Disputed Ownership Funds, (ECF No. 39), is **GRANTED.**

**IT IS FURTHER ORDERED** that the remaining deposited funds, or $128,115.84 plus accumulated interest, be disbursed to Johnny Dominguez.

**IT IS FURTHER ORDERED** that the current disbursement be payable to Johnny Dominguez by check in the amount of $128,115.84 plus accumulated interest. The check may be released to Johnny Dominguez.

**DATED** this \_\_\_25\_\_\_ day of July, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court